**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7991**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

PAUL PHOTIADIS BOCCONE,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:11-cr-00592-CMH-1; 1:15-cv-00887-CMH)

_____

Submitted:  May 26, 2016          Decided:  May 31, 2016

_____

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Paul Photiadis Boccone, Appellant Pro Se.  Gregory P. Bailey, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.; Ruxandra Barbulescu, Jonathan Persons Robell, OFFICE OF THE UNITED STATES ATTORNEY, Michael Phillip Ben'Ary, Assistant United States Attorney, Marc Birnbaum, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Photiadis Boccone seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Boccone has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2